TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00434-CV

Wal-Mart Stores, Inc., Appellant

v.

Anita Cofield, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 246,763, HONORABLE MIKE DENTON, JUDGE PRESIDING

PER CURIAM

 Appellant Wal-Mart Stores, Inc., has filed an agreed motion to dismiss the appeal. 
We grant the motion.

 We dismiss the appeal. See Tex. R. App. P. 42.1(a).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed: February 1, 2001

Do Not Publish